UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERTA MORRISON for AAB,<br><br>    Plaintiff,<br><br>    v.<br><br>BOYS AND GIRLS CLUB OF<br>FEDERAL WAY,<br><br>    Defendant. | Case No. 09-CV-00287-RSL<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS |

After careful consideration of Plaintiff's Application to Proceed in Forma Pauperis (Dkt. No. 1), the governing law and balance of the record, the Court ORDERS:

(1) Plaintiff's Application to Proceed In Forma Pauperis is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

(2) The Clerk is directed to send a copy of this Order to Plaintiff and to issue summonses to Plaintiff to enable proper service of the complaint on the appropriate parties. Plaintiff shall note that it is her responsibility to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.

ORDER
PAGE - 1

(3) The Clerk is further directed to send a copy of this order to the Honorable Robert S. Lasnik.

DATED this 11th day of March, 2009.

_____
JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE - 2