UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERTA MORRISON,

    Plaintiff,

    v.

BOYS AND GIRLS CLUB OF FEDERAL WAY,

    Defendant.

Case No. C09-0287RSL

ORDER OF DISMISSAL

This matter comes before the Court *sua sponte*. On October 1, 2009, the Court ordered plaintiff to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for plaintiff's failure to serve defendant within 120 days after the complaint was filed. Federal Rule of Civil Procedure 4(m) provides that if the summons and complaint are not served within 120 days after the complaint is filed, the Court "must dismiss the action without prejudice against the defendant or order that service be made within a specified time."

In this case, dismissal is warranted. Plaintiff has taken no steps to litigate this case since she filed it in March 2009. She has not served defendant, and she did not respond to the Court's October 1, 2009 order to show cause.

Accordingly, this case is DISMISSED without prejudice for failure to serve the defendant

ORDER OF DISMISSAL - 1

in a timely manner.

DATED this 30th day of October, 2009.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2